IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEVRO CORP., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORP. and BOSTON SCIENTIFIC NEUROMODULATION CORP., <br><br> Defendants. | Civil Action No. 21-258-CFC |

## ORDER

At Wilmington this Twentieth day of December in 2021:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (D.I. 10) is **DENIED**.

_____
CHIEF JUDGE